O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF __LOUISIANA_____

UNITED STATES OF AMERICA
V.
JESSIE MUNCH

WAIVER OF INDICTMENT

CASE NUMBER: 09-304 "R"

I, __Jessie Munch_____, the above named defendant, who is accused of

Bill of Information for Wire Fraud, Title 18, United States Code, Section 1343

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____10/07/09____ 11/4/9 am prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Jessie Munch*
Defendant

*[signature]*
Counsel for Defendant

Before *Sarah Vance*
Judicial Officer
11/4/09