UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     CRIMINAL NO. 09-304

VERSUS     SECTION "R"

JESSIE MUNCH (BOND)     VIOLATION:18:1343

## NOTICE OF SENTENCING HEARING

Take Notice that this criminal case has been set for SENTENCING on FEBRUARY 10, 2010, at 9:30 a.m., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, Courtroom C279, 500 Poydras Street, New Orleans, LA 70130.

**The Court hereby orders that any request for the imposition of a non-guideline sentence comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

DATE: November 4, 2009     LORETTA G. WHYTE, CLERK

TO:     by: **Jay Susslin**
JESSIE MUNCH (BOND)     **Case Manager**

    AUSA JON MAESTRI
**COUNSEL FOR DEFENDANT**     New Orleans, LA 70130
Charles Griffin
802 S. Carrollton Ave     U.S. Marshal
New Orleans, LA 70118
    U.S. Probation Officer
FBI
Special Agent Andre Jeanfreau     U.S. Pretrial Services

    **JUDGE VANCE**

    **MAGISTRATE**

    FOREIGN LANGUAGE INTERPRETER:

**If you change address,
notify clerk of court
by phone, 589-7689**